IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BRENDA KERSEY,

           Plaintiff,

v.                        Civil Action Number 3:09CV726

PHH MORTGAGE CORPORATION,

           Defendant.

**PRETRIAL ORDER**

At a pretrial conference held on December 17, 2009, this case was set for a trial without a jury on June 8, 2010 at 10:00 a.m.

Discovery must be concluded by May 11, 2010, four weeks prior to the date of trial, unless counsel agree in writing to a different schedule and submit the agreement to the Court in the form of an order.

All dispositive motions must be filed no later than May 11, 2010, four weeks prior to the date of trial. This deadline may not be changed except by written order of the Court.

All motions in limine must be filed no later than May 25, 2010, two weeks prior to the date of trial. This deadline may not be changed except by written order of the Court. The response to the motion in limine must be filed no later than four (4) days after the motion is filed. Hearings on motions in limine, including <u>Daubert</u> hearings, must be scheduled by counsel to take place at least five (5) days prior to the date of trial.

Responses to motions and replies to the responses shall be governed by Local Civil Rule 7(F). With regard to substantive motions, such as motions to dismiss or motions for summary judgment, counsel must submit a courtesy copy of each motion and memorandum in support of the motion, response, and reply for the Court's use at the time the originals are filed with the Clerk. Courtesy copies must be submitted in paper form unless the Court agrees to an alternative method.

If counsel think that a final pretrial conference would expedite matters, they should request it at least four weeks prior to the date of trial by calling the chambers of the undersigned at 804-916-2240. Counsel will be required to submit a written agenda of issues to be resolved.

By June 1, 2010, one week prior to trial, counsel must exchange with each other and file with the Clerk a list of witnesses proposed to be called, a list of exhibits, and the exhibits themselves,

premarked. Objections to exhibits must be noted within three (3) days after the exhibits are filed; otherwise the exhibits shall stand admitted in evidence.

Counsel should file with the Clerk by 12:00 Noon five (5) days before trial written proposed findings of fact and conclusions of law. Counsel shall also supply a paper copy and a copy on CD-ROM, USB flash drive, or via email, in Word Perfect format, to the Court's chambers by the same date.

Now that a trial date has been set, this case cannot be transferred to a Magistrate Judge, without leave of Court, unless the Magistrate Judge can maintain the dates set herein.

If the parties settle the case, they must submit a final order within thirty (30) days unless the Court has otherwise ordered. If such an order is not submitted, the Court will dismiss the case with prejudice for failure to prosecute.

Whenever counsel request subpoenas pursuant to Local Civil Rule 45 or Fed.R.Civ.P. 45, it is counsel's responsibility to see that the witness receives an attendance fee and appropriate mileage at the time of service or, if a fee is not attached, to have the server inform the witness that the subpoena need not be accepted until the fee is tendered. The request for a subpoena is a representation by counsel that, through discovery or otherwise, a determination has been made that the witness will provide probative evidence.

The parties are encouraged to enter into a written agreement as to discovery matters related to experts. Failure to do so will result in a literal application of Local Civil Rule 26(D)(2).

The Scheduling Order previously issued by the Court shall remain in effect.

Let the Clerk send a copy of this Pretrial Order to all counsel of record.


December 18, 2009 /s/
DATE  RICHARD L. WILLIAMS
 SENIOR UNITED STATES DISTRICT JUDGE